# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **25-2566 MJ** | Date: | **6/27/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **V. RUIZ** | Type of Hearing: | | **INITIAL - MATERIAL WITNESSES** | |

| Material Witnesses: | Attorney(s): | Appt'd | Ret'd. |
|---|---|---|---|
| **ALEJANDRO MORONES-VERA** | **ISRAEL CHAVEZ** | ☒ | ☐ |
| **MONSERRAT HERNANDEZ-REYES** | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **DEVON ARAGON MARTINEZ** | Interpreter: | **ENITH VALDES ORTIZ** |
|---|---|---|---|
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **11:02 a.m.-11:11 a.m. (9 min)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Set for change of plea on |
| ☐ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: MATERIAL WITNESS ADVISED OF STATUS; AT THIS TIME, MORONES-VERA WILL REMAIN IN CUSTODY PENDING RELEASE TO HALFWAY HOUSE OR FAMILY MEMBER, THROUGH PRETRIAL SERVICES SUPERVISION. MATERIAL WITNESS HERNANDEZ-REYES WILL BE RELEASED TO HALFWAY HOUSE. |