# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 2 7 2025

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA
V.
Jarol Wilberto ARROYO-Cerin

Magistrate Docket No.
Case No. 25MJ2566

## A F F I D A V I T

On this date appeared before me the following Agent, who, after being duly sworn, deposed and said: In the captioned case

(1) Alejandro MORONES-Vera
(2) Monserrat HERNANDEZ-Reyes
(3)
(4)

are material witnesses for the prosecution at the trial of the above-named defendant who is charged with violation of certain immigration laws.

These witness/s are citizens of Mexico, and are illegally within the United States. Should they be left to their own devices and return home, they are not subject to extradition under law, and it will be impracticable to secure their presence at such time as the case is called for trial.

_____
Cobos, Ivan , Department of Homeland Security

In view of the above affidavit, it is requested of the United States Magistrate that the witnesses named in the affidavit be required to make bail in such amount as the United States Magistrate Judge should see fit to assure their presence at the trial, and should they be unable to make such bond. that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

RYAN ELLISON
_____
United States Attorney

By: *Silvra Delgado*
_____
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ day of _____.

My commission expires _____ _____
NOTARY PUBLIC

IT IS ORDERED on this __27__ day of ____June____, __2025__, that the above witness(es) who was this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ _____ for each said witness.

_____
United States Magistrate Judge

## R E T U R N

Received this commitment and designated prisoners on _____, and on _____, committed them to _____ , and left with the custodian at the same time a certified copy of this commitment.

DATED: _____

By: _____ Deputy U.S. Marshal