# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable DAMIAN L. MARTINEZ

**CRIMINAL CLERK'S MINUTES at Las Cruces**

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-2566 MJ** | Date: | **7/2/2025** | Recording Information: | **LCR SIERRA BLANCA** |
| Clerk: | **B. WILSON** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **JAROL WILBERTO ARROYO-CERIN** | **BARBARA MANDEL** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ELIZABETH TONKIN** | Interpreter: | **N/A** |
| Pretrial Officer: | **DIANA LOPEZ** | Court in Session: | **10:11-10:28 A.M.   17 MIN** |

- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☒ Waiver of preliminary hearing & right to grand jury presentment filed in open court
- ☐ Set

- ☒ Defendant detained as a flight risk and danger to the community
- ☐ Conditions of Release continued on Page 2

☒ Other: GOVERNMENT FILED A BRIEF IN SUPPORT OF DETENTION WITH EXHIBITS ATTACHED INCLUDING PHOTOS OF PEOPLE STASHED IN COMPARTMENTS UNDER THE TRAILER OF A SEMI TRUCK. COURT HAS CONCERNS ABOUT HOW INDIVIDUALS WERE TRANSPORTED, DEFENDANT ADMITTED DOING THIS BEFORE AND THAT DEFENDANT IS A FLIGHT RISK WITH ZERO TIES TO THIS AREA. DEFENSE ARGUES FOR RELEASE, NO HISTORY OF DANGEROUSNESS PREVIOUSLY, STRONG TIES TO HIS COMMUNITY, SISTER IS SUITABLE TO BE THIRD PARTY CUSTODIAN AND WILL COSIGN BOND, DEFENDANT HAS SOLE CUSTODY OF HIS SON. GOVERNMENT'S CONCERN IS WHEN HE IS DRIVING ACROSS COUNTRY, WHO IS CARING FOR SON IF THIS IS HIS MAIN CONCERN. COURT DETAINS DEFENDANT FOR REASONS STATED IN DETENTION ORDER TO BE FILED AND FINDS DEFENDANT TO BE A DANGER TO COMMUNITY AND A FLIGHT RISK.