IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      NO. 25-MJ-2566 KRS

JAROL WILBERTO ARROYO-CERIN,

        Defendant.

## MOTION FOR REVOCATION OF MAGISTRATE'S DETENTION ORDER PURSUANT TO 18 U.S.C SECTION 3145(b) (NOTICE OF APPEAL TO DISTRICT COURT)

**COMES NOW, JAROL WILBERTO ARROYO-CERIN**, by and through his counsel, Assistant Federal Public Defender Barbara A. Mandel, and respectfully moves the District Court to revoke the Order of Detention issued by United States Magistrate Judge Damian L. Martinez on July 2, 2025 (Doc. 14) and impose conditions of release as proposed by the United States Probation Office (Doc. 11).

        Respectfully submitted,

        **FEDERAL PUBLIC DEFENDER**
        506 S. Main, Suite 400
        Las Cruces, New Mexico 88001
        (575) 527-6930

        *Electronically filed (July 3, 2025)*
        By: */s/ Barbara A. Mandel*
        BARBARA A. MANDEL
        Assistant Federal Public Defender